# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN CIOTTA, | ) | NO. CV 12-10593-GHK (AS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| K. HOLLAND, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED:  6/17 , 2014.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE